**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

---

|  |  |
|---|---|
| IN RE:  APARTMENT RENTAL SOFTWARE ANTITRUST LITIGATION |  |
|  | MDL No. |

---

**DEFENDANTS' MOTION FOR TRANSFER OF ACTIONS TO THE NORTHERN
DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR
<u>CONSOLIDATED PRETRIAL PROCEEDINGS</u>**

Pursuant to 28 U.S.C. § 1407 and the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, Defendants[1] respectfully move this Panel, pursuant to 28 U.S.C. § 1407,

to consolidate 11 proceedings and transfer the centralized actions ("Actions") to the Northern

District of Texas.  In support of their Motion, Defendants submit a Memorandum of Law in

Support of their Motion for Transfer and Centralization and a Schedule of Actions listing the 11

Actions.

WHEREFORE, Defendants respectfully request that this Panel enter an Order granting

---

[1] Defendants include the following entities: RealPage, Inc.; Greystar Real Estate Partners, LLC; Lincoln Property Co.; FPI Management, Inc.; Mid-America Apartment Communities, Inc.; Avenue5 Residential, LLC; Equity Residential; Essex Property Trust, Inc.; Essex Management Corporation; Thrive Communities Management, LLC; Security Properties, Inc.; Cushman & Wakefield Inc.; Pinnacle Property Management Services, LLC; BH Management Services, LLC; Campus Advantage, Inc.; Cardinal Group Holdings, LLC; CA Ventures Global Services, LLC; D.P. Preiss Company, Inc.; The Michaels Organization, LLC; Interstate Realty Management Company; Security Properties Inc.; Thrive Communities Management, LLC.; UDR, Inc.; AvalonBay Communities, Inc.; Camden Property Trust; B/T Washington, LLC dba Blanton Turner; Independence Realty Trust, Inc.; The Irvine Company, LLC; Brookfield Residential Properties LLC; TF Cornerstone, Inc.; Rose Associates Inc.; RPM Living, LLC; Morgan Properties, LLC; Bozzuto Management Company; Highmark Residential, LLC; ZRS Management, LLC; CONAM Management Corporation; Cortland Partners, LLC; CWS Apartment Homes, LLC; Prometheus Real Estate Group; Sares Regis Group Operating, Inc.; Mission Rock Residential, LLC; Morgan Group, Inc.; and CH Real Estate Services (collectively, "Defendants").  Each signatory joins this filing as to those individual actions in which they are named.

Defendants' Motion for Transfer of Actions to the Northern District of Texas Pursuant to 28

U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings.

Dated:  December 5, 2022

s/ *Stephen Weissman*
Stephen Weissman
sweissman@gibsondunn.com
Michael J. Perry
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

Daniel G. Swanson
dswanson@gibsondunn.com
Jay Srinivasan
jsrinivasan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Ben A. Sherwood
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

*Counsel for Defendant RealPage, Inc.*

Respectfully submitted,

s/ *William L. Monts, III*
William L. Monts, III
william.monts@hoganlovells.com
Benjamin F. Holt
benjamin.holt@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-6440

Michael M. Maddigan
michael.maddigan@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4727

*Counsel for Defendant Greystar Real Estate Partners, LLC*

s/ *Michael W. Scarborough*
Michael W. Scarborough
mscarborough@sheppardmullin.com
Dylan I. Ballard
dballard@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 774-2963

s/ *Arman Oruc*
Arman Oruc
aoruc@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
(202) 346 4440

*Counsel for Defendant Essex Property Trust, Inc. and Essex Management Corporation*

s/ *James Kress*
James Kress
james.kress@bakerbotts.com
Paul Cuomo
paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001
Telephone: (202) 639-7884

Danny David
danny.david@bakerbotts.com
BAKER BOTTS LLP
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-4055

*Counsel for Defendant Avenue5 Residential, LLC*

s/ *Carl W. Hittinger*
Carl W. Hittinger
chittinger@bakerlaw.com
BAKERHOSTETLER
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 564-2898

*Counsel for Defendant Equity Residential*

s/ *J. Dino Vasquez*
J. Dino Vasquez
dvasquez@karrtuttle.com
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104-7055
Telephone: 206-224-8023

*Counsel for Defendant Security Properties Inc.*

s/ *Benjamin I. VandenBerghe*
Benjamin I. VandenBerghe
biv@montgomerypurdue.com
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104
Telephone: (206) 682-7090

*Counsel for Defendant Thrive Communities Management, LLC*

s/ *Britt M. Miller*
Britt M. Miller
bmiller@mayerbrown.com
Daniel T. Fenske
dfenske@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

*Counsel for Defendant Mid-America Apartment Communities, Inc.*

s/ *Gregory J. Casas*

Gregory J. Casas
casasg@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200

Robert J. Herrington
HerringtonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700

Becky L. Caruso
carusob@gtlaw.com
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (609) 442-1196

*Counsel for Defendant Lincoln Property Co.*

s/ *Charles H. Samel*

Charles H. Samel
charles.samel@stoel.com
Edward C. Duckers
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900

George A. Guthrie
gguthrie@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone: (916) 441-2430

*Counsel for Defendant FPI Management, Inc.*

s/ *Jeremy J. Calsyn*

Jeremy J. Calsyn
jcalsyn@cgsh.com
Leah Brannon
lbrannon@cgsh.com
Kenneth Reinker
kreinker@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 974-1522

Joseph M. Kay
jkay@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745

*Counsel for Defendants Cushman & Wakefield, Inc. and Pinnacle Property Management Services, LLC*

s/ *Stephen McIntyre*

Stephen McIntyre
smcintyre@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-8382

Ian Simmons
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 29996
Telephone: (202) 383-5106

*Counsel for Defendant BH Management Services, LLC*

s/ *Timothy R. Beyer*
Timothy R. Beyer
tim.beyer@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 866-0481

Sarah Hartley
sarah.hartley@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, N.W.
Washington, DC 20004
Telephone: (303) 866-0363

*Counsel for Defendant Cardinal Group Holdings LLC*

s/ *David D. Cross*
David D. Cross
dcross@mofo.com
Jeffrey A. Jaeckel
jjaeckel@mofo.com
Robert W. Manoso
rmanoso@mofo.com
Sydney K. Cooper
scooper@mofo.com
MORRISON & FOERSTER LLP
2100 L St, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500

*Counsel for Defendant UDR, Inc.*

s/ *Marisa Secco Giles*
Marisa Secco Giles
mgiles@velaw.com
VINSON & ELKINS LLP
200 West 6th Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 542-8781

Jason M. Powers
jpowers@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Telephone: (713) 758-2522

*Counsel for Defendant Campus Advantage, Inc.*

s/ *Amy Manning*
Amy Manning
amanning@mcguirewoods.com
Angelo M. Russo
arusso@mcguirewoods.com
MCGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
Telephone: (312) 750-8904

*Counsel for Defendant D.P. Preiss Company, Inc.*

s/ *Jeffrey Bank*
Jeffrey Bank
jbank@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (212) 497-7761

*Counsel for Defendant Morgan Properties, LLC*

s/ *Fred Burnside* _____
Fred Burnside
fredburnside@dwt.com
MaryAnn Almeida
maryannalmeida@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 757-8016

Yonaton M. Rosenzweig
yonirosenzweig@dwt.com
DAVIS WRIGHT TREMAINE LLP
855 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 655-9642

*Counsel for Defendants The Michaels
Organization, LLC and Interstate Realty
Management Company*

s/ *Michael D. Bonanno* _____
Michael D. Bonanno
mikebonanno@quinnemanuel.com
Christopher Kercher
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN,
LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

*Counsel for Defendant Highmark Residential,
LLC*

s/ *Lynn H. Murray* _____
Lynn H. Murray
lhmurray@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock
rsandrock@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property
Trust.*